UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The City of New Rochelle, | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. 7:06cv5969-SCR |
| v. | ) |
| | ) Stipulation of Discontinuance |
| The Republic of Liberia | ) |
| | ) |
| Defendant | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the above-captioned action is hereby dismissed and discontinued with prejudice, each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| _[signature]_ | _[signature]_ |
| Steven Sledzik (SS 8869) | Christopher Michael Joralemon (CJ1403) |
| Jones Garneau, LLP | Clifford Chance US LLP |
| 60 East 42nd Street, Suite 3210 | 31 W 52nd Street |
| New York, New York 10165 | New York, NY 10019 |
| ssledzik@jonesgarneau.com | Christopher.Joralemon@CliffordChance.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *The City of New Rochelle* | *The Republic of Liberia* |
| Date: 9/30/08 | Date: 9/26/08 |

SO ORDERED:

Dated:

_____     _____, 2008
United States District Judge